JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN CHRISTIAN DAVIS, an Individual, and ASHLEY LINETTE DAVIS, an Individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a Municipal Corporation; CHARLIE BECK, Los Angeles Chief of Police in his official and individual capacity, and DOES 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. CV14-0028 DMG (FFMx)<br><br>**ORDER RE: DISMISSAL [16]** |

    The parties having stipulated to the dismissal of this case, and good cause appearing, THE COURT HEREBY ORDERS that the above-captioned action is dismissed with prejudice in its entirety.

    IT IS FURTHER ORDERED that the final pretrial conference on March 17, 2015 and the jury trial on April 14, 2015 are hereby VACATED.

DATED: November 14, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1